# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLEVELAND O. BUTLER, | NO. 3:18-CV-01233 |
| Plaintiff, | |
| v. | (JUDGE CAPUTO) |
| FRAN CHARDO, | (MAGISTRATE JUDGE ARBUCKLE) |
| Defendant. | |

## ORDER

**NOW**, this 22nd day of August, 2018, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 4) is **ADOPTED** as modified in the accompanying memorandum.

(2) Plaintiff Cleveland O. Butler's Motion for Court Appointed Counsel (Doc. 2) is **DENIED**.

(3) Plaintiff's Complaint (Doc. 1) is **DISMISSED with prejudice**.

(4) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge